JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN A. GOPEN, | Case No. 8:15-cv-02062-JVS-KES |
| Plaintiff, | [Hon. James V. Selna]<br>[Magistrate Judge Hon. Karen Scott] |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | **JUDGMENT ON SPECIAL VERDICT** |
| Defendant. | Complaint filed: December 11, 2015<br>Trial Date: August 22, 2017 |

This action came on regularly for trial on <u>August 22, 2017</u>, in Department 10C, of the above-entitled Court, the Honorable Jame V. Selna, presiding. Plaintiff, JUSTIN GOPEN appeared by his attorney, Aaron Gopen of the Law Offices of Aaron Gopen; Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, appeared by its attorneys, Margaret M. Holm and Jemma E. Dunn of Sedgwick, LLP.

A jury of 8 persons was impaneled and sworn. After hearing the evidence and arguments of the parties, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its verdicts consisting of the special issues submitted to it as follows:

We the jury in above entitled-case find unanimously as follows:

1. Do you find by a preponderance of the evidence that The Regents of the University of California violated Justin Gopen's rights under American's with Disabilities Act?

___Yes      _X_ No

2. Do you find by a preponderance of the evidence that The Regents of the University of California violated Justin Gopen's rights under the Rehabilitation Act?

___Yes      _X_ No

3. Do you find by a preponderance of the evidence that The Regents of the University of California violated Justin Gopen's rights under the Unruh Act? If your answer to Question No. 1 was "Yes," you must answer this question "Yes."

___Yes      _X_ No

4. Do you find by a preponderance of the evidence that The Regents of the University of California violated Justin Gopen's rights under Disabled Persons Act? If your answer to Question No. 1 was "Yes," you must answer this question "Yes."

___Yes      _X_ No

5. Do you find by a preponderance of the evidence that The Regents of the University of California violated Justin Gopen's rights under the Emergency Medical Treatment and Labor Act?

___Yes      _X_ No

1       6.      Do you find by a preponderance of the evidence that The Regents of
2 the University of California violated Justin Gopen's rights under Health and Safety
3 Code Section 1317?
        ___Yes          _X_ No

        7.      Do you find by a preponderance of the evidence that The Regents of
the University of California committed fraud?
        ___Yes          _X_ No

        If you answered "Yes" to at least one question, answer the next question.
Otherwise skip to the end and sign and date the verdict.

        8.      What damages do you find by a preponderance of the evidence of the
evidence Justin Gopen sustained for:
        Past non-economic loss:         $ _____
        Future non-economic loss:       $ _____

        Count each element of damage only once even if it applies to more than one
claim.

        9.      If you awarded damages in answering Question No. 8, did you award
damages for:
        The Americans with Disability Act:      ___Yes    ___No
        The Rehabilitation Act:                 ___Yes    ___No

/ / /
/ / /
/ / /

85146204v1                    -3-                     Case No. 8:15-cv-02062-JVS-KES
                    [PROPOSED] JUDGMENT ON SPECIAL VERDICT

10. If you answered Question No. 3 concerning the Unruh Act "Yes," answer this question. In answering Question No. 8, did you include actual damages for the violation of the Unruh Act?

___Yes   ___No

If "Yes", how much:   $_____

11. If you awarded zero or less than $4,000 for each occurrence of a violation of the Unruh Act, enter the difference between the amount you awarded for each occurrence of a violation of the Unruh Act and $4,000. (This number cannot be more than $4,000 for each occurrence.)

$_____

12. If you answered Question No. 4 concerning the Disabled Persons Act "Yes," answer this question. In answering Question No. 8, did you include actual damages for the violation of the Disabled Persons Act?

___Yes   ___No

If "Yes", how much:   $_____

12. If you awarded zero or less than $1,000 for each occurrence of a violation of the Disabled Persons Act, enter the difference between the amount you awarded for each occurrence and $1,000. (This number cannot be more than $1,000 for each occurrence.)

$_____

Dated: September 5, 2017     Deborah Reza
Foreperson

It appearing by reason of Special Verdict that Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, is entitled to recover costs against Plaintiff, JUSTIN GOPEN.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff, JUSTIN GOPEN shall take nothing from Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA.

2. Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, shall recover against Plaintiff, JUSTIN GOPEN its allowable costs in the amount of $_____ pursuant to a memorandum of costs which may be filed in accordance with *Federal Rules of Civil Procedure*, Rule 54 and 28 *USCS* § 1920.

DATED: September 18, 2017

  *[signature]*
Honorable James V. Selna, Judge Presiding